SMM.24522

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY § <br> INSURANCE COMPANY, A/S/O § <br> MICHAEL BEDARD § <br>     Plaintiff, § <br> § <br> V. § <br> § <br> ELBI INTERNATIONAL S.P.A., § <br> BITRON INDUSTRIE S.P.A., § <br> LG ELECTRONICS U.S.A., INC., § <br> BITRON IND. CHINA CO., LTD., AND § <br> ECOREA INDUSTRIAL CO., LTD. § <br>     Defendants. § | CIVIL ACTION NO. 1:19-cv-224 |

## DEFENDANT LG ELECTRONICS U.S.A., INC.'S NOTICE OF REMOVAL

Defendant **LG ELECTRONICS U.S.A., INC.** ("LG Electronics"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal.

### I. INTRODUCTION

1.  This removal is based on diversity jurisdiction. Plaintiff Allstate Fire and Casualty Insurance Company, as Subrogee of Michael Bedard ("Plaintiff"), seeks redress from Defendants under theories of strict products liability, negligence, and breach of warranty for alleged property damage to the residence premises on or around January 22, 2018 when a washing machine allegedly designed, manufactured, or distributed by Defendants allegedly failed due to a defective valve and caused water damage to the home of Plaintiff's insured.

2.  Plaintiff is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a company organized under the laws of the State of Illinois with its principal place of business located at 3075 Sanders Road, Suite H1a, Northbrook, IL 60062-7127.

3. In contrast, LG Electronics is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a Delaware corporation with its principal place of business located in Englewood Cliffs, New Jersey.

4. Additionally, Defendant Elbi International S.p.A. ("Elbi") is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of a foreign state, Italy, with its principal place of business located at Via Italia 54, 10093 Collegno (TO), Italy. Elbi consents to this removal. 28 U.S.C. § 1446(b)(2)(A). *See* Elbi's Consent to Removal filed contemporaneously herewith.

5. In addition, Defendant Bitron Industrie S.p.A. ("Bitron") is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of a foreign state, Italy, with its principal place of business located at Strada del Portone 95, 10095 Grugliasco (TO), Italy. Bitron consents to this removal. 28 U,S.C. § 1446(b)(2)(A). *See* Bitron's Consent to Removal filed contemporaneously herewith.

6. Additionally, unserved Defendant Bitron Ind. China Co., Ltd. ("Bitron China") is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of a foreign state, the People's Republic of China, with its principal place of business located at South of Chunyang Road, West of Hua Gian Road, High-Tech Zone, Cheng Yang District, Qingdao City, Shan Dong Province 266111, People's Republic of China.

7. In addition, unserved Defendant Ecorea Industrial Co., Ltd. ("Ecorea") is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of a foreign state, the Republic of South Korea, with its principal place of business located at 103-11Golden root-ro, Juchon-myeon, Gimhae, Gyeongnam 50969, Republic of South Korea.

8.     Additionally, the amount in controversy exceeds $75,000, exclusive of interest and costs. In particular, Plaintiff's Second Amended Petition seeks monetary relief "not to exceed $200,000."

9.     LG Electronics files this Notice of Removal within thirty days of service of Plaintiff's First Amended Petition. This action has been on file for less than one year.

## II.  BASIS FOR REMOVAL: DIVERSITY JURISDICTION

### A.   Diversity Jurisdiction Exists

10.    Removal is proper because this lawsuit involves a controversy between citizens of different states. Specifically, Plaintiff is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a company organized under the laws of the State of Illinois with its principal place of business located at 3075 Sanders Road, Suite H1a, Northbrook, IL 60062-7127. In contrast, removing Defendant LG Electronics is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a Delaware corporation with its principal place of business located in Englewood Cliffs, New Jersey. Additionally, Defendant Elbi International S.p.A. ("Elbi") is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of a foreign state, Italy, with its principal place of business located at Via Italia 54, 10093 Collegno (TO), Italy. In addition, Defendant Bitron Industrie S.p.A. ("Bitron") is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of a foreign state, Italy, with its principal place of business located at Strada del Portone 95, 10095 Grugliasco (TO), Italy. Additionally, unserved Defendant Bitron Ind. China Co., Ltd. ("Bitron China") is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of a foreign state, the People's Republic of China, with its principal place of business located at South of Chunyang Road, West of Hua Gian Road, High-Tech Zone,

Cheng Yang District, Qingdao City, Shan Dong Province 266111, People's Republic of China.

In addition, unserved Defendant Ecorea Industrial Co., Ltd. ("Ecorea") is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of a foreign state, the Republic of South Korea, with its principal place of business located at 103-11Golden root-ro, Juchon-myeon, Gimhae, Gyeongnam 50969, Republic of South Korea. Thus, complete diversity between the parties exits.

11. In addition, the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. §§ 1332, 1441. Specifically, Plaintiffs' Second Amended Petition seeks monetary relief "not to exceed $200,000."

**B.  Removal Is Timely**

12. Defendant LG Electronics was served with a copy of Plaintiffs' First Amended Petition on February 15, 2019. Defendant files this Notice of Removal within thirty days after service. 28 U.S.C. § 1446(b)(1). Thus, removal of this action is timely.

### III.  COMPLIANCE WITH REMOVAL PROCEDURES

13. Attached to or filed with this Notice of Removal are the following documents required by 28 U.S.C. § 1446(a) (these documents are hereby incorporated by reference in all respects):

  A. Civil Cover Sheet;

  B. Supplemental Civil Cover Sheet;

  C. Defendant's List of Attorneys Involved in the Case;

  D. Defendant's Index of Documents;

    1. State Court Docket Sheet;

    2. Plaintiffs' First Amended Petition, filed January 29, 2019;

    3. Plaintiffs' Second Amended Petition, filed February 21, 2019;

    4.     Civil Case Information Sheet, filed October 29, 2018;

    5.     Citation on Defendant Elbi International S.p.A., issued October 30, 2018;

    6.     Citation on Defendant Bitron Industrie S.p.A., issued October 30, 2018;

    7.     Citation on Defendant LG Electronics U.S.A., Inc., issued February 1, 2019;

    8.     Citation on Defendant Bitron Ind. China Co., Ltd., issued February 25, 2019;

    9.     Citation on Defendant Ecorea Industrial Co., Ltd., issued February 25, 2019;

    10.     Return of Service for Defendant Elbi International S.p.A.,, dated November 15, 2018;

    11.     Return of Service for Defendant Bitron Industrie S.p.A., dated November 15, 2018;

    12.     Return of Service for Defendant LG Electronics U.S.A., Inc., dated February 15, 2019; and

    13.     Defendant LG Electronics U.S.A., Inc.'s Original Answer, filed May 6, 2019.

14. Venue is proper in this district pursuant to 28 U.S.C. §§ 124(d)(1) and 1441(a) because the United States District Court for the Western District of Texas, Austin Division, embraces Williamson County, Texas, where the state court action was filed and is currently pending.

15. Defendant will immediately file a copy of this Notice of Removal with the clerk of the state court in which the state court action is pending.

WHEREFORE, PREMISES CONSIDERED, Defendant LG Electronics U.S.A, Inc. requests this action be immediately and entirely removed upon filing of this Notice of Removal to the United States Court for the Western District of Texas, Austin Division, and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

**FLETCHER, FARLEY
SHIPMAN & SALINAS, LLP**

BY: */s/ Paul W. Bennett*
**PAUL W. BENNETT**
State Bar No. 00787071
Email: paul.bennett@fletcherfarley.com
**ALEX J. BELL**
State Bar No. 24069359
Email: alex.bell@fletcherfarley.com
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
(214) 987-9600 (office)
(214) 987-9866 (telecopier)

**ATTORNEYS FOR DEFENDANT
LG ELECTRONICS U.S.A., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was electronically filed via the Court's CM/ECF system and a true and correct copy of same was delivered to all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 8th day of March 2019.

*/s/ Paul W. Bennett*
**PAUL W. BENNETT**