IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 AUG 20  AM 11:00
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, A/S/O MICHAEL BEDARD,<br>PLAINTIFF,<br><br>V.<br><br>BITRON IND. CHINA CO., LTD. AND ECOREA INDUSTRIAL CO., LTD,<br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§ CAUSE NO. 1:19-CV-224-LY<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Before the court in the above-styled and numbered cause is Plaintiff Allstate's Notice of Dismissal filed August 16, 2019 (Dkt. No. 20) by which Allstate seeks to dismiss its claims against Defendant Ecorea Industrial Co., Ltd. without prejudice. All claims against Defendant Bitroin Ind. China Co., Ltd. were previously dismissed without prejudice in the Order signed July 2, 2019 (Dkt. No. 18). Having reviewed the notice, the case file, and the applicable law,

**IT IS ORDERED** that Plaintiff Allstate's claims against Defendant Ecorea Industrial Co., Ltd. are **DIMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the above-styled action is **DISMISSED WITHOUT PREJUDICE.**

As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is hereby **CLOSED.**

SIGNED this _20th_ day of August, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE